

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-17-00674-CV

Christopher Todd **RUST**,
Appellant

v.

Aslynn Tanis **RUST**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-470
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The Appellant's Motion for Rehearing is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court